Certificate Number: 05781-PAE-DE-030896614

Bankruptcy Case Number: 18-12123



05781-PAE-DE-030896614

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 17, 2018</u>, at <u>7:19</u> o'clock <u>PM PDT</u>, <u>Tonalaya Davis</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 17, 2018</u>              By:    <u>/s/Allison M Geving</u>

                                                            Name:  <u>Allison M Geving</u>

                                                            Title:   <u>President</u>