# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-12123-ELF

TONALAYA T DAVIS

20 W. LYNBROOK ROAD

DARBY, PA 19023

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TONALAYA T DAVIS

    20 W. LYNBROOK ROAD

    DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 10/4/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee