#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tonalaya T. Davis<br>　　　　　　　　　Debtor(s)<br><br>Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-26<br>　　　　　　v.<br>Tonalaya T. Davis<br>　　　　　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | Chapter 13<br><br><br>NO. 18-12123 ELF |

### ORDER

AND NOW, this  2nd  day of  May  , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties previously approved by the court,  it is **ORDERED**  that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-26 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 20 W. Lynbrook Rd Collingdale, PA 19023-1010.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**