**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
TONALAYA T DAVIS

Chapter 13

Debtor

Bankruptcy No. 18-12123-ELF

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 18, 2019**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
JOHN L. MCCLAIN  
JOHN L MCCLAIN AND ASSOCIATES  
PO BOX 123  
NARBERTH, PA 19072-

Debtor:  
TONALAYA T DAVIS

20 W. LYNBROOK ROAD

DARBY, PA 19023