United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-12123-elf
Tonalaya T. Davis                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 2           Date Rcvd: Sep 18, 2019
                          Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
```
db          +Tonalaya T. Davis,    20 W Lynbrook Road,    Darby, PA 19023-1010
cr          +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
14082036   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank Of America,    Attn: Bankruptcy,    PO Box 982238,
               El Paso, TX 79998)
14082037    +City Of Philadelphia,    Parking Violations Branch,    P.O. Box 56048,    Phila., PA 19130-6048
14082038    +Consumer Adjustment,    Customer Service/Attn Bankruptcy,    800 Prime Place,
               Hauppauge, NY 11788-4759
14082040    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14082041    +HSBC,   Williamson and Brown,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
14082042    +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
14082043    +Porania LLC,    c/o Biltmore Asset Management,    24500 Center Ridge Rd, Ste 472,
               Westlake, OH 44145-5605
14082044    +Snap On Crdt,    950 Technology Way,    Suite 301,    Libertyville, IL 60048-5339
14082045    +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
               Highlands Ranch, CO 80129-2386
14082047    +Stern & Eisenberg, LLP,    1581 Main Street, Ste 200,    Warrington, PA 18976-3403
14089688    +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14194325     US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
14082049    +Us Dept Ed,   ECMC/Bankruptcy,    PO Box 16408,    St Paul, MN 55116-0408
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Sep 19 2019 03:10:26      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:09:52
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2019 03:10:22      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14113600    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2019 03:18:18      Directv, LLC,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14082039    +E-mail/Text: bankruptcynotices@dcicollect.com Sep 19 2019 03:10:45
               Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    PO Box 551268,
               Jacksonville, FL 32255-1268
14118637     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:20:53
               LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Private Label,
               Acquisition Corporation (USA),    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14118759     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:17:59
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14082046     E-mail/PDF: cbp@onemainfinancial.com Sep 19 2019 03:17:55      Springleaf Financial S,
               Po Box 3251,    Evansville, IN 47731
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14205861*   +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14082048*   +Tonalaya T. Davis,    20 W Lynbrook Road,    Darby, PA 19023-1010
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                     Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2               Date Rcvd: Sep 18, 2019
                              Form ID: pdf900          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Tonalaya T. Davis aaamcclain@aol.com,  edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee, ET AL. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee, ET AL. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>TONALAYA T DAVIS | Chapter 13 |
| Debtor | Bankruptcy No. 18-12123-ELF |

## O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 18, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
TONALAYA T DAVIS

20 W. LYNBROOK ROAD

DARBY, PA 19023